# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HALLOWS, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CASE NO. 18-881-SCW ) |
| MADISON COUNTY JAIL, JOHN LAKIN, RANDY YOUNG, UNKNOWN PARTY, DEPUTY HARE, DEPUTY WILSON, DEPUTY BARRETT, and DEPUTY COURT, | ) ) ) ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendants Madison County Jail, John Lakin, Randy Young, Unknown Party, Deputy Wilson, and Deputy Court were dismissed without prejudice on May 8, 2018 by an Order entered by Judge J. Phil Gilbert (Doc. 13).

The remaining case was dismissed for want of prosecution by an Order entered by Magistrate Judge Stephen C. Williams on September 27, 2018 (Doc. 31).

THEREFORE, judgment is entered in favor of Defendants Madison County Jail, John Lakin, Randy Young, Unknown Party, Deputy Hare, Deputy Wilson, Deputy Barrett, and Deputy Court and against Plaintiff John Hallows.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 27th day of September, 2018

            **THOMAS L. GALBRAITH, ACTING CLERK**

            **BY:** */s/ Angela Vehlewald*
              **Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
    **United States Magistrate Judge**
    **Stephen C. Williams**